UNITED STATES DISTRICT COURT
SOUTHERN DISTICT OF FLORIDA

FILED by _____ D.C.
MAR 25 2014
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. of FLA. – MIAMI

JONATHAN PADILLA
Plaintiff.

Case No.: 14-cv-21079-Moreno/Otazo-Reyes

-v-

WHETSTONE PARTNERS LLC
d/b/a eTitleLoan

Defendants.

## VERIFIED COMPLAINT for RELIEF

Plaintiff, Jonathan Padilla, individually, hereby sues Defendant(s), WHETSTONE PARTNERS LLC d/b/a eTitleLoan for violations of the Telephone Consumer Protection Act (TCPA) Sec. 227., 47 USC § 227(b)(1), 47 USC § 227(A) (iii).

## PRELIMINARY STATEMENT

1. This is an action for damages and injunctive relief brought by Plaintiff against Defendants for violations of the Telephone Consumer Protection Act (TCPA) Sec. 227., 47 USC § 227(b)(1), 47 USC § 227(A) (iii).

2. Upon belief and information, Plaintiff contends that many of these practices are widespread for the Defendant. Plaintiff intends to propound discovery to Defendant identifying other individuals who have suffered similar violations.

3. Plaintiff contends that the Defendant has violated such laws by repeatedly harassing Plaintiff in attempts to solicit services.

## JURISDICTION AND VENUE

4. Jurisdiction of this Court arises under 47 U.S.C. §227(b)(3), and supplemental jurisdiction exists for the state law claims pursuant to by Fla. Stat. §559.77, 15 U.S.C. §1681p, 15 U.S.C. §1692k.

5. Venue is proper pursuant to 28 U.S.C. §1391b. Venue in this District is proper in that the Plaintiff resides here, the Defendants transact business here, and the conduct complained of occurred here.

6. This is an action for damages which exceed $15,000.00.

## PARTIES

7. Plaintiff, Jonathan Padilla, is a natural person and is a resident of the State of Florida.

8. Upon information and belief Defendant, WHETSTONE PARTNERS LLC d/b/a eTitleLoan is a corporation and a citizen of the State of Delaware, authorized to do business in Florida with its principal place of business located at 2001 NW 107TH AVENUE 3RD FLOOR MIAMI, FL 33172.

## FACTUAL ALLEGATIONS

9. From June 11 thru October 15, 2013, WHETSTONE PARTNERS LLC d/b/a eTitleLoan violated the TCPA by calling Plaintiff's cell phone 21 times with no prior permission given by Plaintiff.

10. From June 11 thru October 15, 2013, WHETSTONE PARTNERS LLC d/b/a eTitleLoan violated the TCPA by leaving pre-recorded messages on Plaintiffs cell phone without express permission.

11. Defendant and Plaintiff have never had any type of established relationship.

12. Plaintiff never gave Defendant expressed written permission to contact Plaintiff.

## COUNT I
## VIOLATIONS OF THE TELEPHONE

## COMMUNICATIONS ACT 47 U.S.C. §227

13. Plaintiff alleges and incorporates the information in paragraphs 1 through 12.

14. Defendant WHETSTONE PARTNERS has demonstrated willful or knowing non-compliance with 47 U.S.C. §227(b)(1)(A) by using an automatic telephone dialing system to call the Plaintiff's number, which is assigned to a cellular telephone service.

15. Defendant WHETSTONE PARTNERS has committed 21 separate violations of 47 U.S.C. §227(b)(1)(A) and Plaintiff is entitled to damages of $1500 per violation pursuant to 47 U.S.C. §227(b)(3)(C).

16. Defendant WHETSTONE PARTNERS has demonstrated willful or knowing non-compliance with 47 U.S.C. §227(b)(1)(A). The last 21 calls are subject to treble damages pursuant to 47 U.S.C. §227(b)(3) as they were intentional. Plaintiff spoke with WHETSTONE PARTNERS after sending and WHETSTONE PARTNERS receiving the Intent to Sue Letter. WHETSTONE PARTNERS assured Plaintiff that the legal department would be in contact with Plaintiff. Since then WHETSTONE PARTNERS legal department has not contacted Plaintiff to resolve violations and Plaintiff continued to receive calls from eTitle. An unintentional call carries a damage amount of $500; an intentional call carries a damage amount of $1,500 per violation.

17. Defendant WHETSTONE PARTNERS has demonstrated willful or knowing non-compliance with 47 U.S.C. §227(b)(1)(A) by calling the Plaintiff's number, which is assigned to a cellular telephone service. The Plaintiff has never given WHETSTONE PARTNERS permission to call Plaintiffs cell phone. Plaintiff is entitled to damages of $1500 per violation pursuant to 47 U.S.C. §227(b)(3)(B). Plaintiff and WHETSTONE PARTNERS do not have an established business relationship within the meaning of 47 U.S.C. §227.

**WHEREFORE,** Plaintiff demands judgment for damages against WHETSTONE PARTNERS and for actual or statutory damages, and punitive damages, attorney's fees and costs.

### DEMAND FOR JURY TRIAL

Plaintiff hereby demands a trial by jury of all issues so triable as a matter of law.

Respectfully submitted this 25 of March, 2014

*[signature]*

JONATHAN PADILLA,
811 Ne 199th St. #105
Miami, Fl 33179
305-766-9906

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been delivered this 25 day of March, 2014 by U.S. Mail delivery to:

WHETSTONE PARTNERS LLC
d/b/a eTitleLoan
2001 NW 107TH AVE
3RD FLOOR
MIAMI, FL 33172

And

REGISTERED AGENT
NRAI SERVICES, INC.
515 EAST PARK AVENUE
TALLAHASSEE, FL 32301

*[signature]*

JONATHAN PADILLA
811 Ne 199th St. #105
Miami, Fl 33179
305-766-9906