UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO.:  1:14-CV-21079-FAM

JONATHAN PADILLA,
an individual,

  Plaintiff,
vs.

WHETSTONE PARTNERS LLC
d/b/a ETITLELOAN, a Florida limited
liability company,

  Defendant.
_____/

## DEFENDANT'S RULE 26 INITIAL DISCLOSURES

Defendant, Whetstone Partners, LLC d/b/a Etitle Loans, by their undersigned counsel and pursuant to Rule 26 of the Federal Rules of Civil Procedure as well as the Case Management Report jointly filed by the parties [ECF No. 18], hereby files its Initial Disclosures as follows:

### DISCLOSURES

1. The name and, if known, the address and telephone number of each individual likely to have discoverable information that the disclosing party may use to support its claims or defenses, unless solely for impeachment, identifying the subjects of the information:

**DISCLOSURE:**

  **a.** Tracy Parks (Whetstone representative, c/o undersigned counsel)

  **b.** Kevin Blenman (Whetstone representative, c/o undersigned counsel)

  **c.** Employees who may have contacted the Plaintiff – if any – are in the process of being identified.  Their identities are not immediately available because the Defendant has not ascertained any individuals who contacted Plaintiff or any instances that the Plaintiff was contacted.  This Disclosure will be supplemented as soon as practicable after any Employees are identified.

1

2

2. A description by category and location of all documents, data compilations, and tangible things which are likely to bear significantly on any claim or defense:

**DISCLOSURE:**

**a.** Defendant's Records of phone calls

The aforementioned documents are available for review at the offices of Plaintiff's counsel if Plaintiff chooses to request the same through discovery; however, as Defendant has stated in its responses to Plaintiff's initial discovery requests, Defendant has no record of contacting Plaintiff. Defendant reserves the right the supplement this disclosure at a later date.

3. A computation of any category of damages claimed by the disclosing party, making available for inspection and copying as under Rule 34 the documents or other evidentiary material, not privileged or protected from disclosure, on which such computation is based, including materials bearing on the nature and extent of injuries suffered:

**DISCLOSURE:** Defendant maintains that there are no damages, and therefore Defendant has no liability.

4. For inspection and copying as under Rule 34 any insurance agreement under which any person carrying on an insurance business may be liable to satisfy part or all of a judgment which may be entered in the action or to indemnify or reimburse for payments made to satisfy the judgment.

**DISCLOSURE:** None known at this time.

Respectfully Submitted,

>TRIPP SCOTT, P.A.
>Attorneys for Defendant
>110 S.E. 6th Street, 15th Floor
>Fort Lauderdale, Florida  33301
>Telephone:  (954) 525-7500
>Facsimile:  (954) 761-8475
>
>*/s/James B. Flanigan*
>Paul O. Lopez, Esq.
>Fla. Bar. No. 983314
>pol@trippscott.com
>tlk@trippscott.com
>James B. Flanigan, Esq.
>Fla. Bar No.: 98399
>jbf@trippccott.com
>ksb@trippscott.com
>Stephanie V. Vellios, Esq.
>Fla. Bar. No. 77661
>scv@trippscott.com
>tlk@trippscott.com

## CERTIFICATE OF SERVICE

**I hereby certify** that a true and correct copy of the foregoing was served electronically on all counsel or parties of record on the attached service list this July 2, 2014.

>*/s/James B. Flanigan*

## SERVICE LIST

>UNITED STATES DISTRICT COURT
>SOUTHERN DISTRICT OF FLORIDA
>MIAMI DIVISION
>CASE NO.: 1:14-CV-21079-FAM

**Jonathan Padilla**
811 NE 199th St. #105
Miami, FL 33179
Telephone: 305-766-9906
jpadilla01@hotmail.com

3

704974v1 997031.0007

*Plaintiff*

**Paul O. Lopez, Esq.**
Tripp Scott, P.A.
110 SE 6th Street, 15th Floor
Ft. Lauderdale, FL 33301
Telephone: 954-525-7500
Facsimile: 954-761-8475
pol@trippscott.com
tlk@trippscott.com
*Counsel for Defendant*

**Stephanie C. Vellios, Esq.**
Tripp Scott, P.A.
110 SE 6th Street, 15th Floor
Ft. Lauderdale, FL 33301
Telephone: 954-525-7500
Facsimile: 954-761-8475
scv@trippscott.com
tlk@trippscott.com
*Counsel for Defendant*

**James B. Flanigan, Esq.**
Tripp Scott, P.A.
110 SE 6th Street, 15th Floor
Ft. Lauderdale, FL 33301
Telephone: 954-525-7500
Facsimile: 954-761-8475
jbf@trippscott.com
ksb@trippscott.com
*Counsel for Defendant*

704974v1 997031.0007